# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. L., et al.,<br><br>        Plaintiffs,<br>   v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>        Defendants. | Case No. 2:11-cv-8133-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

Plaintiffs are hereby **ORDERED TO SHOW CAUSE** in writing no later than August 6, 2012, why this action should not be dismissed for failure to prosecute. The Court will discharge this order to show cause upon receipt of Plaintiffs' request for entry of default or an answer by the Defendants. In the event both documents are filed before the above date, the earlier filed document will take precedence. Failure to respond will result in the dismissal of the action.

**IT IS SO ORDERED.**

July 26, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**